AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Tiffany Bryan <br><br> *Plaintiff(s)* <br> v. <br> AEG Management Brooklyn, LLC aka <br> Anschutz Entertainment Group Management Brooklyn aka <br> AEG Brooklyn Management, LLC <br><br> *Defendant(s)* | Civil Action No. 14 Civ. 3727 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* AEG Management Brooklyn, LLC
In care of CT Corporation System
111 8th Avenue
New York, New York 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Harman Firm, PC
1776 Broadway, Suite 2030
New York, New York 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*